IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:21cr 095 |
| | ) | |
| BROCK BEEMAN, | ) | Mailing Threatening Communications |
| | ) | 18 U.S.C. § 876(c) |
| Defendant. | ) | (Count One) |

AUGUST 2021 TERM - At Richmond, Virginia

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Mailing Threatening Communications)

On or about June 22, 2021, in the Eastern District of Virginia, the defendant, BROCK BEEMAN, did knowingly deposit in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service according to the directions thereon, a written communication, that is, a letter addressed to M.H., at an address in Norfolk, Virginia, who is an official covered by Title 18, United States Code, § 1114, to wit: a Special Assistant United States Attorney, containing a threat to kill M.H.

(In violation of Title 18, United States Code, Section 876(c)).

A TRUE BILL:



FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: *Angela Mastandrea-Miller*
Angela Mastandrea-Miller
Assistant United States Attorney